KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

GREGG W. LOWDER (CSBN 107864)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6960
   Fax: (415) 436-7044

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC DIALLO BEVERLY, ) <br> ) <br> Defendant. ) <br> _____ ) | No.   CR 05-00370 WHA <br><br> [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JUNE 30, 2005 THROUGH JULY 12, 2005 FROM THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |

      The parties appeared before the Court for initial appearance on the pending indictment on June 30, 2005 and appeared again on July 6, 2005. The defendant was personally present on both occasions. Josh Cohen, Assistant Federal Public Defender, appeared on both occasions and was appointed on July 6, 2005 upon a showing that the defendant's previously retained counsel would not be retained to represent the defendant in the present proceeding. The Court continued the matter to July 12, 2005 @ 2:00 p.m. for initial appearance before the Honorable William Alsup, District Court Judge.

      With the agreement of the parties, and with the personal agreement of the defendant, the Court enters this order documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from June 30, 2005 through July 12, 2005. The parties, including the defendant, agree and the Court finds and holds as follows:

      1. The defendant understands and agrees to the exclusion of time from calculations under

Order re Speedy Trial Exclusion of Time
CR 05-00370 WHA

the Speedy Trial Act, 18 U.S.C. § 3161, from June 30, 2005 through July 6, 2005 based upon the need for continuity of defense counsel, in order to permit his previously retained counsel to appear; and from July 6, 2005, through July 12, 2005, based upon the need of his newly appointed counsel to review numerous pages of discovery provided to counsel on July 6, 2005 in order to effectively prepare the defense of this case.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act for the above reasons, believes that the above-referred exclusion of time is in the defendant's best interests, and agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8) should be from June 30, 2005 through July 12, 2005.

3. Given these circumstances, this Court finds that the ends of justice served by excluding from calculations the period from June 30, 2005 through July 12, 2005 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161, and that good cause exists to continue the matter to July 12, 2005.

4. Accordingly, and with the consent of the defendant, the Court (1) sets an appearance date before the Honorable William Alsup, District Court Judge, on July 12, 2005 at 2:00 p.m. for defendant's initial appearance in that court, and (2) orders that the time between June 30, 2005 through July 12, 2005 be excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

DATED: 7/14/05

JOSH COHEN
Attorney for Defendant

DATED: 7/12/05

GREGG W. LOWDER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 7/20/05

EDWARD M. CHEN  NANDOR VADAS
United States Magistrate Judge

Order re Speedy Trial Exclusion of Time
CR 05-00370 WHA                                            2