IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00370 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST TO CONTINUE MOTIONS SCHEDULE** |
| ERIC DIALLO BEVERLY, | |
| Defendant. / | |

The Court has received the government's request to continue the motions schedule. The request is denied given that the government has had defendant's motion to reveal identity of confidential information for at least a week. The Court will go ahead with the motions as scheduled on September 6, 2005 and determine at that time whether defendant's motion to reveal identity of confidential informant will be denied as improperly noticed.

**IT IS SO ORDERED.**

Dated: September 2, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE