1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVSBN 0722)
   Chief, Criminal Division
4
   GREGG W. LOWDER (CSBN 107864)
   Assistant United States Attorney
5
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
      Telephone: (415) 436-6960
7     Fax: (415) 436-7044

8  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC DIALLO BEVERLY,<br><br>    Defendant. | No.   CR 05-00370 WHA<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME FROM JULY 12, 2005 THROUGH SEPTEMBER 6, 2005 FROM THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |

    The parties appeared before this Court for initial appearance on the pending indictment on July 12, 2005. The defendant was personally present and in custody. Josh Cohen, Assistant Federal Public Defender, appeared on behalf of the defendant. The Court continued the matter to September 6, 2005 @ 2:00 p.m. for defendant's next appearance, and for arguments on the defendant's motion(s).

    The Court set the following briefing schedule for the defendant's motion(s), which will include a motion to suppress: August 2 for the filing of the defendant's moving papers; August 16 for the government's opposition; August 23 for the defendant's reply. A non-evidentiary hearing on the motion(s) is set for September 6 @ 2:00 p.m., with an evidentiary hearing (if necessary) scheduled for September 14 @ 2:00 p.m.

    With the agreement of the parties, including the agreement of the defendant, the Court enters this order documenting the exclusion of time from calculations under the Speedy Trial

Act, 18 U.S.C. § 3161, from July 12, 2005 through September 6, 2005.  The parties, including the defendant, agree and the Court finds and holds as follows:

    1.  The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from July 12, 2005 through August 2, 2005 based upon the need for the defense to conduct further investigation into the facts of the case in order to effectively investigate, prepare and file the defendant's motion to suppress and any other pretrial motions in this case.

    2.  The attorney for defendant joins in the request to exclude time under the Speedy Trial Act for the above reason, believes the exclusion of time is in the defendant's best interests, and agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) should be from July 12, 2005 through August 2, 2005.

    3.  The parties agree, and the Court finds, that the time during which a defense motion is pending, that is, from August 2 through September 6, is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F).

    4.  Given these circumstances, this Court finds that the ends of justice served by excluding from calculations the period from July 12, 2005 through August 2, 2005, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), and time is excluded from August 2, 2005 through September 6, 2005 by operation of law due to the filing of the defendant's pretrial motion(s), under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F).

    5.  Accordingly, and with the consent of the defendant, the Court (1) sets an appearance date before this Court on September 6, 2005 at 2:00 p.m. for argument of defendant's motion(s), and (2) orders and finds that the time between July 12, 2005 through

///
///
///
///
///

1   September 6, 2005 is excluded from time calculations under the Speedy Trial Act, 18
2   U.S.C. § 3161.

4   SO STIPULATED:

6   DATED: 7/14/05                    /S/
7                                     JOSH COHEN
                                      Attorney for Defendant

9   DATED: 7/12/05                    /S/
10                                    GREGG W. LOWDER
                                      Assistant United States Attorney

11  IT IS SO ORDERED.

12  DATED: October 11, 2005           _____
13                                    WILLIAM ALSUP
                                      United States District Court Judge

Order re Speedy Trial Exclusion of Time
CR 05-00370 WHA                 3