KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

GREGG W. LOWDER (CSBN 107864)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6960
    Fax: (415) 436-7044

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC DIALLO BEVERLY, ) <br> ) <br> Defendant. ) <br> ) | No.  CR 05-00370 WHA <br><br> [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SEPTEMBER 7, 2005 THROUGH SEPTEMBER 27, 2005 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |

    On September 6, 2005, the parties appeared before this Court for oral arguments on the defendant's motion to suppress evidence and the defendant's motion to reveal the identity of the confidential informant. The defendant was personally present and in custody. Josh Cohen, Assistant Federal Public Defender, appeared on behalf of the defendant. The United States was represented by Assistant United States Attorney Gregg W. Lowder.

    The Court heard argument and took the matter under submission. The case was continued until September 27, 2005 @ 2:00 p.m. for the defendant's next appearance. No time was ordered to be excluded from Speedy Trial Act calculations as the Court had the motions under advisement. See 18 U.S.C. § 3161(h)(1)(J).

    On September 7, 2005, the Court issued an order denying both defense motions to suppress evidence and to reveal the identity of the confidential informant.

Order re Speedy Trial Exclusion of Time
CR 05-00370 WHA

1  The parties now agree and seek to exclude time from calculations under the Speedy Trial
2  Act, 18 U.S.C. § 3161, from September 7, 2005 through September 27, 2005 in order allow time
3  to effectively prepare in light of the recent order. The parties agree, and respectfully request the
4  Court to find and order that the time from September 7, 2005 through September 27, 2005 be
5  excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the following
6  reasons:
7       1.  The attorney for the defendant requests the Court order time excluded time under the
8       Speedy Trial Act in order to allow effective preparation for trial by the defense in light of
9       the denial on the defendant's two pretrial motions; believes the exclusion of time is in the
10      defendant's best interests and with the defendant's consent; and agrees that the exclusion
11      of time from September 7, 2005 through September 27, 2005 is appropriate under the
12      Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv);
13      2.  The attorney for the government agrees that the exclusion of time under the Speedy
14      Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) from September 7, 2005 through September 27,
15      2005 is appropriate and necessary for effective preparation of the government in light of
16      the Court's ruling, and in light of a recent defense discovery request.
17      Given these circumstances, the parties request that this Court find and order that the ends
18 of justice served by excluding from calculations the period from September 7, 2005 through
19 September 27, 2005, outweigh the best interests of the public and the defendant in a speedy trial,
20 pursuant to the Speedy Trial Act, 18 U.S.C.§ 3161(h)(8)(B)(iv), and the time from September 7,
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Order re Speedy Trial Exclusion of Time
CR 05-00370 WHA                2

1   2005 through September 27, 2005 is excluded from calculations under the Speedy Trial Act, 18
2   U.S.C. § 3161.
3   **SO STIPULATED**:
4
5   DATED: 9-19-05                    _____/s/_____
6                                      JOSH COHEN
                                       Attorney for Defendant
7
8   DATED: 9-7-05                     _____/s/_____
9                                      GREGG W. LOWDER
                                       Assistant United States Attorney
10  **IT IS SO ORDERED**.
11
12  DATED:  October 13, 2005          _____
13                                     WILLIAM ALSUP
                                       United States District Court Judge

Order re Speedy Trial Exclusion of Time
CR 05-00370 WHA                              3