KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

GREGG W. LOWDER (CSBN 107864)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6960
   Fax: (415) 436-7044

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR 05-00370 WHA |
| Plaintiff, | ) | **STIPULATION AND [**~~PROPOSED~~**] ORDER EXCLUDING TIME FROM NOVEMBER 15, 2005 THROUGH DECEMBER 13, 2005 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
| v. | ) | |
| ERIC DIALLO BEVERLY, | ) | |
| Defendant. | ) | |

On November 15, 2005, the parties appeared for status conference and change of plea before this Court. The defendant was personally present and in custody. Josh Cohen, Assistant Federal Public Defender, appeared on behalf of the defendant. The United States was represented by Assistant United States Attorney Gregg W. Lowder.

The Court continued the matter until December 13, 2005 @ 2:00 p.m. for the defendant's next appearance.

The parties agree and seek to exclude time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from November 15, 2005 through December 13, 2005 in order allow time to effectively prepare in light of the recent exchange of discovery among the parties. The parties request the Court to find and order that the time from November 15, 2005 through December 13, 2005 be excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the

Order re Speedy Trial Exclusion of Time
CR 05-00370 WHA

following reasons:

    1.  The attorney for the defendant requests the Court order time excluded time under the Speedy Trial Act in order to allow time to provide further discovery to the government and to allow the government time to analyze the extensive discovery recently provided by the defense to the government which may resolve the case; the attorney for the defendant believes an exclusion of time from calculations under the Speedy Trial Act is necessary to allow the defense and the government to effectively prepare and, is in the defendant's best interests and is with the defendant's consent; and the attorney for the defendant agrees that the exclusion of time from November 15, 2005 through December 13, 2005 is appropriate under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv);

    2.  The defendant joins in the request to exclude time from November 15, 2005 through December 13, 2005 for the reasons stated above; and

    2.  The attorney for the government also agrees that the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) from November 15, 2005 through December 13, 2005 is appropriate and necessary for effective preparation of the government in light of the evidence provided to the government by the defense, which evidence will require extensive investigation.

Given these circumstances, the Court orders a status conference on December 13, 2005 at 2:00 p.m., and finds and orders that the ends of justice served by excluding from calculations the period from November 15, 2005 through December 13, 2005, outweigh the best interests of the public and the defendant in a speedy trial, pursuant to the Speedy Trial Act, 18 U.S.C.§

///
///
///
///
///
///
///

Order re Speedy Trial Exclusion of Time
CR 05-00370 WHA                 2

1  3161(h)(8)(B)(iv), and the time from November 15, 2005 through December 13, 2005 is ordered
2  excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161.
3  **SO STIPULATED**:

5  DATED: 12/14/2005              /s/
                                  JOSH COHEN
6                                 Attorney for Defendant

8  DATED:  12/12/2005             /s/
                                  GREGG W. LOWDER
9                                 Assistant United States Attorney

10  **IT IS SO ORDERED**.

12  DATED: December 22, 2005

           WILLIAM ALSUP
           United States District Judge

           IT IS SO ORDERED
           Judge William Alsup

Order re Speedy Trial Exclusion of Time
CR 05-00370 WHA                     3