KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

GREGG W. LOWDER (CSBN 107864)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6960
    Fax: (415) 436-7044

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC DIALLO BEVERLY,<br><br>    Defendant. | No.   CR 05-00370 WHA<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER EXCLUDING TIME FROM DECEMBER 13, 2005 THROUGH JANUARY 3, 2006 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

    On December 12, 2005, the parties appeared for status conference and change of plea before this Court, on a date advanced from the scheduled date of December 13, 2005. The defendant was personally present and in custody. Josh Cohen, Assistant Federal Public Defender, appeared on behalf of the defendant. The United States was represented by Assistant United States Attorney Gregg W. Lowder.

    The Court continued the matter until January 3, 2006 @ 2:00 p.m. for the defendant's next appearance and change of plea.

    The parties agree and seek to exclude time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from December 13, 2005 through January 3, 2006 in order allow time to effectively prepare in light of the recent and continuing exchange of discovery among the parties. The parties request the Court to find and order that the time from December 13, 2005

Order re Speedy Trial Exclusion of Time
CR 05-00370 WHA

through January 3, 2006 be excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the following reasons:

    1. The attorney for the defendant requests the Court order time excluded time under the Speedy Trial Act in order to allow time to provide further discovery to the prosecution and to allow the government time to analyze the extensive discovery recently provided by the defense which may resolve the case, and in light of unavailability of defense counsel for approximately one week in the next three weeks due to vacation; the attorney for the defendant believes an exclusion of time from calculations under the Speedy Trial Act is necessary to allow the defense and the government to effectively prepare and for continuity of counsel, is in the defendant's best interests, and is with the defendant's consent; the attorney for the defendant agrees that the exclusion of time from December 13, 2005 through January 3, 2006 is appropriate under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv);

    2. The defendant joins in the request to exclude time from December 13, 2005 through January 3, 2006 for the reasons stated above; and

    2. The attorney for the government also agrees that the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) from December 13, 2005 through January 3, 2006 is appropriate and necessary for effective preparation of the government in light of the evidence provided to the government by the defense, which evidence will require extensive investigation; and also in light of the need for continuity of government counsel, who will be unavailable from December 21 through 28, 2005.

    Given these circumstances, the Court orders a status conference on January 3, 2006 at 2:00 p.m., and finds and orders that the ends of justice served by excluding from calculations the period from December 13, 2005 through January 3, 2006 , outweigh the best interests of the public and the defendant in a speedy trial, pursuant to the Speedy Trial Act, 18 U.S.C.§

///

///

///

Order re Speedy Trial Exclusion of Time
CR 05-00370 WHA                                      2

1  3161(h)(8)(B)(iv), and the time from December 13, 2005 through January 3, 2006 is ordered
2  excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161.
3  **SO STIPULATED**:
4
5  DATED: 12/14/2005            _____/s/_____
                                JOSH COHEN
6                               Attorney for Defendant
7
8  DATED:  12/12/2005           _____/s/_____
                                GREGG W. LOWDER
9                               Assistant United States Attorney
10 **IT IS SO ORDERED**.
11
12 DATED: December 22, 2005
13                              WILLIAM ALSUP
                                United States District Judge
                                IT IS SO ORDERED
                                Judge William Alsup

Order re Speedy Trial Exclusion of Time
CR 05-00370 WHA                         3