1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant BEVERLY
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )  No. CR-05-0370 WHA
                                         )
12 |             Plaintiff,              )  STIPULATION AND [PROPOSED]
                                         )  ORDER TO CONTINUE APPEARANCE
13 |       v.                            )  FOR CHANGE OF PLEA OR TRIAL
                                         )  SETTING
14 | ERIC BEVERLY,                       )
                                         )
15 |             Defendant.              )
      _____)
16

17        Defendant Eric Beverly is scheduled to appear before this Court for change of plea (or

18 trial setting) on January 3, 2006. Defense counsel will be out of the state on that date.

19 Additionally, because of the holidays, the government cannot obtain the necessary approvals for

20 the proposed plea agreement in advance of January 3. Accordingly, the parties agree and

21 stipulate that the hearing in this matter presently scheduled for January 3, 2006 shall be

22 ///

23 ///

24 ///

25 ///

26 ///

CR 05-0370 WHA; STIP TO CONTINUE
CHANGE OF PLEA                              1

1  continued to January 10, 2006 at 2:00 PM.

2      IT IS SO STIPULATED.

3  Dated:                                                      /S/
4                                                           BARRY J. PORTMAN
                                                         Federal Public Defender
                                                         JOSH COHEN
5                                                           Assistant Federal Public Defender

6
7  Dated:                                                   /S/
                                                         KEVIN V. RYAN
                                                         United States Attorney
8                                                           GREGG LOWDER
                                                         Assistant United States Attorney
9

10      Accordingly, for the reasons stated and for good cause shown, it is hereby ORDERED

11  that the appearance in this matter on January 3, 2006 is continued to January 10, 2006 at 2:00

12  PM.

13      IT IS SO ORDERED.

14  Dated: January 3, 2006

15                                           WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE

16
17
18
19
20
21
22
23
24
25
26