KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

GREGG W. LOWDER (CSBN 107864)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6960
    Fax: (415) 436-7044

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00370 WHA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OCTOBER 18, 2005 THROUGH NOVEMBER 15, 2005 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
| v. | ) | |
| ERIC DIALLO BEVERLY, | ) | |
| Defendant. | ) | |

    On October 18, 2005, the parties appeared for status conference and change of plea before this Court. The defendant was personally present and in custody. Josh Cohen, Assistant Federal Public Defender, appeared on behalf of the defendant. The United States was represented by Assistant United States Attorney Gregg W. Lowder.

    The Court continued the matter until November 15, 2005 @ 2:00 p.m. for the defendant's next appearance.

    The parties agree and seek to exclude time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from October 18, 2005 through November 15, 2005 in order allow time to effectively prepare in light of the recent exchange of discovery among the parties. The parties request the Court to find and order that the time from October 18, 2005 through November 15, 2005 be excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the

Order re Speedy Trial Exclusion of Time
CR 05-00370 WHA

following reasons:

    1.  The attorney for the defendant requests the Court order time excluded time under the Speedy Trial Act in order to allow time to continue to review and analyze discovery provided earlier to the defendant and to allow the government counsel to analyze extensive discovery recently provided by the defense to the government which may resolve the case; the attorney for the defendant believes an exclusion of time from calculations under the Speedy Trial Act is necessary to allow the defense and the government to effectively prepare, is in the defendant's best interests and is with the defendant's consent; and the attorney for the defendant agrees that the exclusion of time from October 18, 2005 through November 15, 2005 is appropriate under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv);

    2.  The defendant joins in the request to exclude time from October 18, 2005 through November 15, 2005 for the reasons stated above; and

    2.  The attorney for the government also agrees that the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) from October 18, 2005 through November 15, 2005 is appropriate and necessary for effective preparation of the government in light of the evidence provided to the government by the defense, which evidence will require extensive investigation.

    Given these circumstances, the Court orders a status conference on November 15, 2005 at 2:00 p.m., and finds and orders that the ends of justice served by excluding from calculations the period from October 18, 2005 through November 15, 2005, outweigh the best interests of the public and the defendant in a speedy trial, pursuant to the Speedy Trial Act, 18 U.S.C.§

///
///
///
///
///
///

Order re Speedy Trial Exclusion of Time
CR 05-00370 WHA                              2

3161(h)(8)(B)(iv), and the time from October 18, 2005 through November 15, 2005 is excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

**SO STIPULATED**:

DATED:__10/18/05____          ____/s/_____
                              JOSH COHEN
                              Attorney for Defendant


DATED:___10/18/05___          ____/s/_____
                              GREGG W. LOWDER
                              Assistant United States Attorney

**IT IS SO ORDERED**.

DATED: January 3, 2006        _____
                              WILLIAM ALSUP
                              United States District Court Judge

IT IS SO ORDERED
Judge William Alsup

Order re Speedy Trial Exclusion of Time
CR 05-00370 WHA                    3