KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

GREGG W. LOWDER (CSBN 107864)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6960
    Fax: (415) 436-7044

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> ERIC DIALLO BEVERLY, ) <br> ) <br>     Defendant. ) <br> ) <br> _____ ) | No.   CR 05-00370 WHA <br><br> **STIPULATION AND [**~~PROPOSED~~**] ORDER EXCLUDING TIME FROM SEPTEMBER 27, 2005 THROUGH OCTOBER 18, 2005 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

    On September 27, 2005, the parties appeared for status conference before this Court following its written order denying the defendant's motion to suppress evidence and motion to reveal the identity of the confidential informant. The defendant was personally present and in custody. Josh Cohen, Assistant Federal Public Defender, appeared on behalf of the defendant. The United States was represented by Assistant United States Attorney Gregg W. Lowder.

    The Court continued the matter until October 18, 2005 @ 2:00 p.m. for the defendant's next appearance.

    The parties agree and seek to exclude time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from September 27, 2005 through October 18, 2005 in order allow time to effectively prepare in light of the recent order. The parties request the Court to find and order that the time from September 27, 2005 through October 18, 2005 be excluded from calculations

Order re Speedy Trial Exclusion of Time
CR 05-00370 WHA

under the Speedy Trial Act, 18 U.S.C. § 3161, for the following reasons:

 1.  The attorney for the defendant requests the Court order time excluded time under the Speedy Trial Act in order to allow time to review and analyze discovery in the form of three compact disks obtained within the last week that contain statements made by the defendant during phone calls placed while in jail; and the attorney for the defendant believes an exclusion of time from calculations under the Speedy Trial Act is necessary to effective preparation of the defendant's case, is in the defendant's best interests and is with the defendant's consent; and the attorney for the defendant agrees that the exclusion of time from September 27, 2005 through October 18, 2005 is appropriate under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv);

 2.  The defendant joins in the request to exclude time from September 27, 2005 through October 18, 2005 for the reasons stated above; and

 2.  The attorney for the government also agrees that the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) from September 27, 2005 through October 18, 2005 is appropriate and necessary for effective preparation of the government in light of the newly obtained evidence.

 Given these circumstances, Court orders a status conference on October 18, 2005, and finds and orders that the ends of justice served by excluding from calculations the period from September 27, 2005 through October 18, 2005, outweigh the best interests of the public and the defendant in a speedy trial, pursuant to the Speedy Trial Act, 18 U.S.C.§ 3161(h)(8)(B)(iv), and

///
///
///
///
///
///
///
///

Order re Speedy Trial Exclusion of Time
CR 05-00370 WHA       2

the time from September 27, 2005 through October 18, 2005 is excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

**SO STIPULATED**:

DATED:__10/12/05_____     _____/s/_____
                                JOSH COHEN
                                Attorney for Defendant


DATED:___10/1/05_____     _____/s/_____
                                GREGG W. LOWDER
                                Assistant United States Attorney

**IT IS SO ORDERED**.

DATED:  January 3, 2006      _____
                                WILLIAM ALSUP
                                United States District Judge

Order re Speedy Trial Exclusion of Time
CR 05-00370 WHA                              3