AO 247 (02/08)   Order Regarding Motion for Sentence Reduction (CAND revision 3/20/08)

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No:  CR05-0370-01 WHA |
| ERIC DIALLO BEVERLY ) | USM No:  93105-111 |
| Date of Previous Judgment:  April 3, 2006 ) | Rita Bosworth (AFPD) |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion or Stipulation for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion; or ☐ Upon stipulation of the parties,

**IT IS ORDERED** that motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   188   months **is reduced to**   180 months   .

**IT IS ORDERED** that the stipulation is ☐DISAPPROVED. ☐ APPROVED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   April 3, 2006   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   March 15, 2010

Judge's signature

Effective Date: _____   WILLIAM ALSUP
(if different from order date)   Printed name and title