**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ERIC BEVERLY,

    Defendant.

No. CR 05-00370 WHA

**REQUEST FOR GOVERNMENT AND PROBATION RESPONSE**

    Defendant Eric Beverly has filed a motion to reduce his sentence pursuant to 18 U.S.C. 3582(c)(2) and Amendment 782 (Dkt. No. 95). The government and the probation department are requested to respond to defendant's motion by **NOON ON FEBRUARY 17, 2015**.

Dated: February 9, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE