IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ERIC BEVERLY,

    Defendant.

No. CR 05-00370 WHA

**ORDER RE DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE UNDER AMENDMENT 782**

Defendant Eric Beverly moves, *pro se*, for a reduction of his sentence under 18 U.S.C. 3582(c)(2) and Amendment 782 to the Sentencing Guidelines. The United States Probation Office has submitted a report in opposition, stating that defendant is not eligible for a lower sentence.

Amendment 782 to the United States Sentencing Guidelines, effective November 1, 2014, reduces the penalties for most drug offenses by reducing most offense levels. This amendment may be applied retroactively to reduce the sentences of previously sentenced inmates under 18 U.S.C. 3582(c)(2). Amendment 782 does not authorize, however, reductions in sentences when an offender's total offense level was determined pursuant to the career offender provisions of the sentencing guidelines.

In 2006, defendant plead guilty to possession of a schedule II controlled substance with intent to distribute and was sentenced to 188 months. Because defendant's guideline range was determined pursuant to the career offender provisions, he is not eligible for a sentence reduction under Amendment 782. Defendant's motion is thus **DENIED**.

**IT IS SO ORDERED.**

Dated: April 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE